IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GARY BEGAY,

    Petitioner,

v.                                                Civ. No. 18-1168 JCH/GBW

USA,

    Respondent.

## ORDER DENYING MOTION

THIS MATTER comes before the Court on Petitioner's Motion for Order for Government to Provide Petitioner their Response to the 28 USC § 2255 Motion (*doc. 18*) which was filed on August 28, 2019.

On August 2, 2019, Petitioner was appointed counsel. *See docs. 10, 11*. Under the Local Rules, a "party who is represented by an attorney may not personally make any filings, other than a notice of appeal … unless otherwise ordered." D.N.M.LR-Civ. 83.5. Because the instant motion was filed in violation of this rule, it is hereby DENIED.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE