IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

GARY BEGAY,

    Petitioner,

v.                                                       Civ. No. 18-1168 JCH/GBW

USA,

    Respondent.

## **ORDER VACATING EVIDENTIARY HEARING**

THIS MATTER comes before the Court pursuant to Petitioner's Motion to Dismiss the Petition Under Federal Rule of Civil Procedure 41. *Doc. 22*. In light of Petitioner's unopposed motion for dismissal without prejudice of his entire habeas petition, IT IS HEREBY ORDERED that the evidentiary hearing scheduled for October 3, 2019 at 10:00 AM is hereby VACATED.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE